PAPERS IN FILE: (1) Capias.
*Office Docket*, MS p. 3, c. 8.

## GEORGE W. SELBY *versus* AUGUSTIN ROI

JOURNAL ENTRIES (1814): *Journal 2:* (1) Rule to bring body *p. 425; (2) recognizance *p. 427; (3) discontinued *p. 435.
PAPERS IN FILE: (1) Declaration.

## ROBERT SMART *versus* WILLIAM ALLEN

. . . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1814–15): *Journal 2:* (1) Rule to bring body *p. 425; (2) discontinued *p. 440; (3) discontinued *p. 442.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 4, c. 12.

## JOSEPH THIBAULT *versus* JAMES MAY

JOURNAL ENTRIES (1814–17): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) continued *p. 472; (4) declaration filed, rule to plead *p. 483; (5) discontinued *p. 528.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) declaration; (4) precipe for execution.
*Office Docket*, MS p. 4, c. 13; p. 35, c. 1; p. 67, c. 1.